# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0309
_____

AMERICAN TREE CARE SERVICES
and HARBOR SPECIALTY
INSURANCE COMPANY & ENSTAR
(US) INC.,

    Appellants,

    v.

ERIC BUNDSHUH,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: August 30, 2001.

April 30, 2019

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert B. Griffis of Jones, Hurley & Hand, P.A., Orlando, for Appellants.

Michael J. Winer of Law Office of Michael J. Winer, P.A., Tampa, and Lance F. Avera of Avera & Smith, L.L.P., Gainesville, for Appellee.